IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01667-REB-MJW

SHAMROCK FOODS COMPANY, an Arizona corporation,

    Plaintiff,

vs.

ITALCO FOOD PRODUCTS, INC., a Colorado corporation; and
NATE VER BURG, a Washington resident, d/b/a PORTOFINO FOODS,

    Defendants.

## CONSENT JUDGMENT AND PERMANENT INJUNCTION

Whereas the Complaint in the above-captioned action was filed on August 23, 2006 and Defendant Italco Food Products, Inc. ("Italco") was properly served with the Summons and Complaint.

Now therefore, the parties having agreed that the Court may find:

1.     that this action arises under the Lanham Act, 15 U.S.C. § 1051 *et seq*.;

2.     that this Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331, 1338;

3.     that this Court has personal jurisdiction over Italco, and Shamrock Foods Company ("Shamrock") and that Italco acknowledge the jurisdiction of this Court to enter and enforce this Consent Judgment and Order of Permanent Injunction;

4.     that Shamrock is the owner of Trademark Registration Nos. 2,305,634 and 2,729,165, issued by the United States Patent & Trademark Office for the mark TRIFOGLIO for use in connection with certain processed foods, pasta, pizza, and tomato sauces;

5.      that Shamrock owns United States Trademark Application Number 78/469,330 (the "Application") for the mark TRIFOGLIO (Stylized) for use in connection with, *inter alia*, "olive oil," which has been allowed for registration; and

6.      that the TRIFOGLIO mark is presumptively valid and enforceable, and that Italco does not have, and does not claim, any priority of use in the TRIFOGLIO mark.

The Court having hereby adopted the foregoing findings and the parties having further agreed that the Court may enter judgment on the foregoing findings, it is therefore

**ORDERED, ADJUDGED, AND DECREED:**

Italco and each of its officers, directors, agents, servants, and employees, and all others aiding, abetting, or acting in concert with and having knowledge thereof, are permanently enjoined from operating any business, or selling, distributing, marketing, advertising, or promoting any goods or services under any mark or trade name containing the words TRIFOGLIO, or any other mark confusingly similar thereto.

1.      All remaining claims and prayers for relief in this action against Italco are dismissed with prejudice, the parties to pay their own costs and attorneys' fees.

Dated this 20th day of October, 2006

s/ Robert E. Blackburn
United States District Judge

Approved as to Form and Content:

s/Lee F. Johnston

Lee F. Johnston
Conor F. Farley
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Post Office Box 8749
Denver, Colorado  80201-8749
(303) 295-8000
Fax: (303) 295-8261
ljohnston@hollandhart.com
cfarley@hollandhart.com

Ray K. Harris
FENNEMORE CRAIG, P.C.
3003 N. Central Ave.
Suite 2600
Phoenix, AZ  85012-2913
(602) 916-5414
(602) 916-5614(f)
rharris@fclaw.com

**ATTORNEYS FOR PLAINTIFF SHAMROCK FOODS COMPANY**

s/Frank W. Visciano

Frank W. Visciano
SENN VISCIANO KIRSCHENBAUM P.C.
1801 California Street, #4300
Denver CO 80202-2604
(303) 298-1122
Fax: (303) 296-9101
FVisciano@SennLaw.com

**ATTORNEY FOR DEFENDANT ITALCO FOOD PRODUCTS, INC.**

P_06-cv-01667_Consent Judgment and Permanent Injunction.doc