IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01667-REB-MJW

SHAMROCK FOODS COMPANY,

Plaintiff(s),

v.

ITALCO FOOD PRODUCTS, INC., et al.,

Defendant(s).

MINUTE ORDER
(DN 31)

It is hereby ORDERED that Defendant Portofino Foods' Unopposed Motion for Order Authorizing Appearance Via Telephone, DN 31, filed with the Court on October 20, 2006, is GRANTED.  Defendant Portofino Foods' counsel, Mr. Platis is permitted to participate at the Scheduling Conference by telephone and he shall initiate the call to the Court on October 24, 2006, at 10:00 a.m., (Mountain Time) by calling (303) 844-2403.

Date:  October 23, 2006