IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01667-REB-MJW

SHAMROCK FOODS COMPANY,

Plaintiff,

v.

ITALCO FOOD PRODUCTS, INC., et al.,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

The Tenth Circuit has a "long-standing" rule that a corporation must be represented by an attorney to appear in federal court. Tal v. Hogan, 453 F.3d 1244, 1254 & n. 8 (10th Cir. 2006). On August 15, 2008, Harry B. Platis, Esquire, filed a document with the court captioned: **"Special Notice of Appearance and Motion for More Definite Statement"** (docket no. 58). After carefully reviewing docket no. 58, it appears that legal counsel, Mr. Platis, seeks to specially enter his appearance as counsel of record for Defendant PORT FINO, LLC. "[T]echnical distinctions between general and special appearances [however] have been abolished." Johnson v. Board of County Commissioners for the County of Fremont, 868 F. Supp. 1226, 1230 n. 2 (D. Colo. 1994), aff'd in part, disapproved in part on other grounds, 85 F.3d 489 (10th Cir. 1996). Accordingly, Defendant PORT FINO, LLC'S Special Notice of Appearance and Motion for More Definite Statement (docket no. 58) is **DENIED WITHOUT PREJUDICE.**

Date: September 25, 2008